United States Bankruptcy Court
Northern District of New York
All Divisions (Albany, Syracuse and Utica)

This Form Is To Be Used Confirmation Hearings[1] Only.

Division: Syracuse

Case Name: Shannon L. Akey

Case No.: 13-31227

☐ Adjournment Request[2] for Hearing on Confirmation of Plan Filed at Docket 4

No. Reason for Adjournment Request: cannot finalize amended plan; debtor taxes for 2012 not done

Original Return Date of Confirmation Hearing: 10/29/13

Number of prior adjournment request that have been made: 1

☐ Notification of Withdrawal of ☐ Plan; ☐ Objection; ☐ Other: _____
Filed at Docket No.: _____

☐ Notification of Settlement of Objection Filed at Docket No.: _____

Present Date of Confirmation Hearing: 12/10/13

Requested Adjourned Confirmation Hearing Date: 1/7/14

Requesting Attorney's Name, Office Address, Phone and Email Address:



Consent of All Parties Obtained?    ☒ Yes   ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Lynn Harper Wilson, Esq. & R. John Clark, Hancock & Estabrook

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Plan to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to hearings on the motion calendar.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013B(11/05/2012)