UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

In re:  Shannon Akey

                                                          Case No: 13-31227
           Debtor                                         AFFIDAVIT

-----------------------------------------------------------------

Shannon Akey, being duly sworn, deposes and says:

1. Deponent is the Debtor in this case and I filed a Chapter 13 bankruptcy petition in the Northern District of New York.

2. I was hired a began work for Perry's Ice Cream in February 2013 and was a full-time employee on an hourly basis.

3. Commencing October 14, 2013 my position changed and I am on a base salary plus commission.

4. I am filing my earnings statements for the end of the year 2013 to show the court that my monthly salary has gone down by approximately $300 per month.

5. At the time I filed my bankruptcy petition I was averaging $5,056 a month for the five months that I had worked at Perry which on a yearly basis would be $60,672.

6. As can be seen by the seven attached earnings statements between the pay periods commencing October 27, 2013 to the pay period ending December 21, 2013, nine earnings statements, the average gross pay for that period of time was $936.07 which annualizes to $48,676 or $4,056 per month.

7. This is a substantial reduction from the amount that I was making for the six months that preceded the filing of this petition.

WHEREFORE I am asking the court to accept the lower payment as indicated in my Chapter 13 Plan.

DATED:                                                    _____
                                                          Shannon Akey

Sworn to before me this 1st
day of April, 2014

_____
Notary Public

A. Sheldon Gould, Esq.
Notary Public in the State of New York
Qualified in Onondaga County No. 4618211
My Commission Expires July 31, 20__