So Ordered.

Signed this 27 day of June, 2014.

_____

Margaret Cangilos-Ruiz
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK            CHAPTER 13 PROCEEDING
_____

IN RE:  **SHANNON L. AKEY,**                **ORDER DENYING CONFIRMATION**

                    Debtor.                Case No.  **13-31227**
_____

A hearing on confirmation of the above named debtor's plan having been heard on June 24, 2014, and Lynn Harper Wilson, Esq. having appeared on behalf of Mark W. Swimelar, Trustee and A. Sheldon Gould, Esq. having appeared on behalf of the debtor, and the Court having reviewed all of the pleadings and proceedings theretofore had herein and due deliberation having been made thereon, it is accordingly

**ORDERED, ADJUDGED and DECREED,** that confirmation of the debtor's amended plan filed April 3, 2014 be and hereby is denied pursuant to 11 U.S.C. § 1307, §1322 and §1325.

###