UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

In re:  Shannon Akey

               Debtor

Case No:  13-31227
STATEMENT

-----------------------------------------------------------------------

1.      That since the date of the original filing of this bankruptcy there have been no additional
creditors or claims incurred by me.


DATED:

Shannon Akey