# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)    )
Shannon L Akey    )
xxx−xx−3882    )
50 Salina Street    )Case Number: 13−31227−5−mcr
Lacona, NY 13083    )
    )
    )
    )
    )
    )Chapter: 7
    )
    )
    )
    )
    )
    )
    )

## *NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE*

      All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Date: 2/4/15

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court